IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Christopher Potts, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since 2018. I am currently assigned to the Minneapolis Field Office, Grand Forks Resident Agency in North Dakota. I am primarily responsible for investigating violent crime and narcotics violations within the boundaries of the Spirit Lake Reservation, as well as other federal violations throughout the state of North Dakota.

2. I make this affidavit in support of a criminal complaint charging Joseph Kevin John Thompson ("**THOMPSON**"), DOB: XX/XX/1988, with Title 18 U.S.C. § 922(g), Possession of Firearms and Ammunition by a Convicted Felon and that **THOMPSON and** Monique Marie Azure ("**AZURE**"), DOB: XX/XX/1986 have committed violations of Title 21 U.S.C. §§ 841 and 846, Conspiracy to Distribute and Possession with Intent to Distribute a Controlled Substance.

3. The statements contained in this affidavit are based, in part, on: information provided by other agencies; reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; information gathered from physical searches conducted by law enforcement agents and officers; independent investigation; and my experience, training and background as a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to show that **THOMPSON** committed violations of Title 18 U.S.C. § 922(g), Possession of Firearms and Ammunition by a Convicted Felon and that **THOMPSON and AZURE** have committed violations of Title 21 U.S.C. §§ 841 and 846 Conspiracy to Possess and Distribute Controlled Substances.

## FACTS ESTABLISHING PROBABLE CAUSE

4. The United States, including Federal Bureau of Investigation, is involved in an ongoing criminal investigation of JOSEPH THOMPSON (THOMPSON) and MONIQUE AZURE (AZURE) regarding violations of Conspiracy to Possess with Intent to Distribute Controlled Substances as well as firearms offenses.

5. On or about December 17, 2023, a Confidential Source (CS) indicated that an individual that they knew to be "JOE THOMPSON" was transporting narcotics and MONIQUE AZURE were transporting narcotics from Fargo, ND to the Turtle Mountain Indian Reservation (TMIR). The CS 1 also indicated that AZURE has a residence in

Fargo, as well as a house in TMIR. AZURE and THOMPSON make stops along their route, including the Spirit Lake Indian Reservation (SLIR). The CS 1 indicated that they deliver narcotics to an individual named AMANDA LUEDTKE, who resides in the area of SLIR.

6. On or about November 29, 2023, a second CS (CS 2), indicated that AMANDA "LUKE," which I believe was improperly spelled and actually refers to LUEDTKE, was selling narcotics within the boundaries of the SLIR. CS 2 told me that LUEDTKE may have returned with other individuals from the Bismarck area with drugs and were selling "b's" (measurement of narcotics) for approximately $100.

7. On or about December 18, 2023, the CS 1 provided me with phone number 701-850-9872. The CS 1 indicated that they used that number to contact THOMPSON.

8. On or about December 20, 2023, the CS 1 provided me with a screenshot of a conversation with an individual that they knew to be THOMPSON. In the screenshot, which was sent at approximately 3:08 P.M. THOMPSON told the CS1 that he was "here if you need." From my training and experience, I know that narcotics distributors will ask potential customers if they "need" when referring to narcotics sales.[1]

9. I obtained a federal search warrant in the District of North Dakota for the cellular telephone number that I believe was associated with THOMPSON. On or about

---

[1] Since providing the information provided in this affidavit and other warrants submitted to this Court, CS1 has since passed away and is now deceased.

3

December 31, 2023, location data from the telecommunications company appeared to show the cellular device travelling from Minnesota to North Dakota.

    10.    I reviewed police reports drafted by Grand Forks Sheriffs Office (GFSO) Sheriffs Deputy James Wright that described a traffic stop that occurred on or about December 31, 2023. I have included portions of that report below:

    a.  On or about December 31, 2023, at approximately 0236, Grand Forks Sheriff's Office (GFSO) Deputy James Wright observed a Chevrolet Silverado with Illinois license plate #FP186604 travelling northbound on Interstate 29 near mile marker 131.

    b.  Deputy Wright observed the vehicle noticeably decrease its speed and begin travelling below the posted speed limit. Deputy Wright positioned his vehicle behind the Chevrolet Silverado and attempted to run the license plate. The plate was heavily soiled and prevented Deputy Wright from reading the numbers on the license plate. Deputy Wright recognized the plate was from Illinois and could only see the numbers 186604. That number was associated with a SUV.

    c.  Deputy Wright initiated a traffic stop on the vehicle for obstructed license plate and identified the occupants. The vehicle was occupied by a female driver, who was identified as AZURE and a male passenger who indicated that he did not have a license. The male passenger identified himself as THOMPSON.

d. Deputy Wright asked for rental paperwork for the vehicle, but AZURE was unable to produce it. AZURE told Deputy Wright that they were travelling from Fargo. Deputy Wright indicated that THOMPSON was smoking a freshly lit cigarette and appeared to be trembling.

e. Deputies discovered that THOMPSON had a warrant for his arrest that originated in Cass County. Deputy Wright asked THOMPSON to exit the vehicle. As THOMPSON exited the vehicle THC edibles with a marking on the package that identified its contents was observed on THOMPSON's seat.

f. AZURE was asked to step out of the vehicle and was placed into the back of another Deputy's vehicle. Deputy Grove conducted a K-9 sniff of the vehicle. The K-9 alerted to the presence of narcotics. AZURE was detained with handcuffs and a probable cause search of the vehicle was conducted by law enforcement. During the search, multiple cellular devices, suspected marijuana, and a small black backpack with white skulls were located. The bag contained a tan Glock 19X handgun bearing Serial Number #BWGW183, miscellaneous ammunition, a suspected methamphetamine pipe, and tubing with suspected methamphetamine residue in it. The handgun was checked in law enforcement databases and was listed as stolen from Grand Forks. To your affiant's knowledge, the firearm was

5

      manufactured outside of the State of North Dakota, therefore said firearm affected interstate or foreign commerce.

   g. THOMPSON is prohibited from possessing firearms as he has one or more felony conviction to include but not limited to: Conspiracy to Commit Theft, a Class C Felony, from East Central District Court, Cass County, North Dakota, Case 09-2022-CR-2385, conviction December 19, 2022; Unlawful Possession of Drug Paraphernalia, a Class C Felony, from East Central District Court, Cass County, North Dakota, Case 09-2022-CR-1516, conviction December 19, 2022; Conspiracy to Possess with Intent to Manufacture/Deliver, a Class B Felony, from East Central District Court, Cass County, North Dakota, Case 09-2021-CR-3749, conviction September 10, 2021; and Reckless Endangerment, a Class C Felony, from North Central Judicial District, Ward County, North Dakota, Case 51-2019-CR-480, conviction December 17, 2019.

   h. THOMPSON was arrested for his warrant, felon in possession of a firearm, possession of stolen firearm, and possession of drug paraphernalia.

   i. AZURE was released from the scene.

11. On or about December 31, 2023, I obtained information from Source of Information 1 (SO1) that indicated THOMPSON and AZURE were involved in narcotics trafficking. SO1 told me that they had been convicted of federal narcotics trafficking violations in the past but agreed to provide information about both AZURE and

THOMPSON. SO1 told me that they had first-hand knowledge of AZURE and THOMPSON's narcotics trafficking.

12. SO1 told me that AZURE erased all of her data when she saw that law enforcement officers were initiating a traffic stop on the vehicle. SO1 showed me a video between AZURE and an individual that was described as "Old Man." SO1 indicated that AZURE and THOMPSON were supposed to pick up large amounts of narcotics in Minnesota, but they got into a fight. AZURE told her supplier that she wanted to connect him with another individual who had 9 or 15 thousand dollars. AZURE believed that if she told the supplier that she had a lot of money, he would deliver narcotics to her. SO1 told me that AZURE's supplier wanted to have all of his narcotics delivered by New Years Eve and may text her when he was on his way to meet her.

13. SO1 told me that AZURE never met her supplier in Minnesota until this most recent trip. The supplier told AZURE that he would get them a hotel room and would deliver narcotics to them. AZURE estimated that the individual believed that she had 24 thousand dollars in total, which was enough to purchase approximately five or six kilograms of narcotics.

14. SO1 told me that AZURE was offered pounds of methamphetamine for $2500, but that would require travel to Texas with the supplier. SO1 noted that AZURE's supplier typically delivered to her in person. He has even travelled to Belcourt, which I know to be within the boundaries of the Turtle Mountain Indian Reservation, to deliver narcotics.

7

15. SO1 indicated that AZURE normally provided the narcotics with an expectation for future payment.

16. SO1 indicated that AZURE had purchased narcotics from an individual named JOSEPH MARTELL. AZURE purchased pounds of methamphetamine for $4000 per pound. SO1 observed AZURE purchase a pound of methamphetamine approximately one month prior to her interview.

17. On or about January 17, 2024, Grand Forks Police Department (GFPD) Detective Nicholas Fugazzi and Detective Luke Wentz extracted two of the devices at my request. I obtained search warrants for the cellular phones that were collected from the traffic stop. They were not able to extract a Samsung phone that was seized during the traffic stop. They were, however, able to unlock and extract an Apple iPhone 11. Detective Fugazzi provided me with a phone report that he created for an Apple iPhone 11 that was logged into gmail account name ythompsonjoey23@gmail.com. I have included some of the chat summaries below:

   a. Messages with contact AJ – 1 (218) 979-3166 on December 30, 2023: AJ reaches out to Joseph THOMPSON. AJ asks THOMPSON if he is in town and asked what was up with that "go go". THOMPSON responded that he did not have "but what you need". AJ indicated "a half" and how "ur homegirl" was more expensive and seeing if THOMPSON could get "cheaper".

   b. Messages with contact Monique AZURE – 1 (605) 924-6399 on December 30, 2023: AZURE and THOMPSON are arguing about a possible physical domestic. THOMPSON wants AZURE to get in the vehicle with him but AZURE is refusing and exploring other options. THOMPSON is concerned that the police are going to show up. AZURE indicates that she doesn't

trust THOMPSON. THOMPSON responds with "but if your coming out get that gun in your room" to which AZURE responds "Na". THOMPSON replies "it's in your name so whatever but let's go plz". AZURE and THOMPSON continue to argue about leaving and trust issues.

c. Messages with contact MARIO – 1 (701) 850-9872 on December 29, 2023 – January 11, 2024: MARIO reached out to THOMPSON and THOMPSON indicated that he is not good at first. THOMPSON then indicated that he is good "but I'm out of shit". They talk about linking up and smoking together. They talk about selling vehicles and rims. THOMPSON stated that "Devin" was going to pay 700 to MARIO because "Devin" owed him and that he would pay the rest. MARIO asked when that became the plan. THOMPSON said he hasn't heard from "Devin" since. MARIO asked when the last time was, he talked with "Devin" and THOMPSON stated, "5 days ago he dropped the g17 off". THOMPSON references "Devin" owing him over 1000 and how he "squashed his debt" and "gave him more". THOMPSON and MARIO continue to talk about vehicles.

18. Detective Fugazzi also discovered several images contained in the phone that appeared to show firearms. Several of the photos showed close up images of what appeared to be a Glock 19x with the same physical characteristics of the one seized during the traffic stop. Detective Fugazzi also located images and videos of individuals manipulating what appeared to be a Dickinson XXPR shotgun. Additionally, the phone contained "selfie" images of an individual who Detective Fugazzi believed to be THOMPSON.

19. On or about January 2, 2024, I interviewed Source of Information 2 (SO2) in reference to this investigation. I interviewed SO2 while they were in custody on state charges and a pending federal indictment for narcotics violations. SO2 noted that both AZURE and THOMPSON were involved in narcotics trafficking. SO2 indicated that they

9

had purchased "thousands of blues" from THOMPSON in the past. SO2 was previously in a relationship with THOMPSON and indicated that he sold blues for $5 per pill. AZURE was also selling pills. AZURE and THOMPSON were working together and were travelling to the "cities" to get their pills, but SO2 did not know where they were getting their pills.

20.  SO2 indicated that THOMPSON was getting large amounts of narcotics from an individual named CLARK LONGIE. SO2 had also purchased methamphetamine from LONGIE in the past. SO2 was present during a purchase of three ounces (of what I believe to be methamphetamine) approximately two weeks before SO2 was arrested in the fall of 2023. SO2 did not know how much THOMPSON paid for the methamphetamine. SO2 indicated that AZURE and THOMPSON were two of the main suppliers for Belcourt.

## **CONCLUSION**

21. Based on the information detailed above, I respectfully submit there is probable cause to charge Joseph Thompson with violations of Title 18 U.S.C. §§ 922(g) Possession of Firearms and Ammunition by a Convicted Felon. I also submit that here is probable cause to charge Joseph Thompson and Monique Azure with violations of Title 21 U.S.C. §§ 841 and 846 Conspiracy to Distribute and Possession with Intent to Distribute a Controlled Substance.

Respectfully submitted,

_____
Christopher Potts
Special Agent
Federal Bureau of Investigation

Sworn to before me on the 18th Day of March 2024, via telephone.

_____
Alice R. Senechal
US MAGISTRATE JUDGE
DISTRICT OF NORTH DAKOTA