## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,           ) <br> ) <br> Plaintiff,           ) <br> ) <br> vs.           ) <br> ) <br> Lamar Warren,           ) <br> ) <br> Defendant.           ) | Case No. 3:24-cr-58 <br><br> **ORDER** |

    Lamar Warren is charged in a multi-defendant drug conspiracy and is currently detained pending trial. He moved for access to an encrypted hard drive to allow him to review discovery materials while he is detained. A December 16, 2024 order granted that motion, subject to redaction of all forms of witness statements prior to the hard drive being provided to Warren. The order directed counsel to confer regarding the redaction process and to submit a proposed order to the court regarding the redaction. (Doc. 227).

    Counsel were not able to agree as to whether redaction would be the responsibility of the United States or of Warren. At counsel's request, the court held a January 21, 2025 hearing to discuss the redaction process.

    The United States described discovery materials consisting of more than 4000 pages and described the process required to redact witness names as time-consuming and requiring page-by-page review of all discovery materials.

    Warren repeated his earlier request that he be allowed hard drive access to all discovery materials without redaction. The court denied Warren's request for hard drive access to all discovery materials without redaction.

    As to redaction, Warren also described concerns about the time required to complete that process, especially in light of uncertainty of payment for all time

expended by court-appointed counsel and their staffs. Further, he described difficulty determining which portions of discovery materials the United States considers to require redaction.

The court directed that Warren's counsel would redact names of all co-defendants from the discovery materials prior to providing a hard drive for Warren's review. As to statements of witnesses who are not co-defendants, the court ordered that the United States provide Warren the names of those individuals by **February 4, 2025**. Warren's counsel will then be responsible for redacting the names of those individuals prior to providing a hard drive for Warren's review.

**IT IS SO ORDERED**.

Dated this 21st day of January, 2025.

*/s/ Alice R. Senechal*
Alice R. Senechal
United States Magistrate Judge