## EXHIBIT B

## WEST FARGO POLICE DEPARTMENT
## SEARCH WARRANT

Your Declarant, **DETECTIVE KYLE HINRICHS,** of the West Fargo Police Department education includes a Bachelor of Science degree in Vocational Rehabilitation- Criminal Justice from the University of Wisconsin-Stout in 2009, law enforcement certification from Chippewa Valley Technical College in 2009, and completion of the ND law enforcement reciprocity exam through Lake Region State College in 2013. Your Declarant has previous full-time law enforcement experience from Woodville Police Department (WI), 2009 to 2013, and part-time law enforcement experience from Roberts Police Department (WI), 2010 to 2013. Since becoming employed with the West Fargo Police Department in 2013, Your Declarant has attended specialized law enforcement training all certified by the North Dakota Peace Officer Standards and Training (POST) board. This specialized training includes but is not limited to: Leadership through Understanding Human Behavior, Clandestine Laboratory Safety, Desert Snow Criminal & Terrorist Identification and Apprehension, ND BCI Basic Narcotics Investigation, International Association for Property and Evidence, drug identification courses, and Mobile Device Analysis Using Cellebrite. Your Declarant is also a certified Field Training Officer. Most recently, Your Declarant was assigned to the Cass County Drug Task Force as a Task Force Officer (TFO).

That he is an Officer with the West Fargo Police Department and has been employed by the West Fargo Police Department since April 2013.

As a Law Enforcement Officer and Cass County Drug Task Force Officer, Your Declarant has had the opportunity to use this training in drug related investigations. This includes assisting other agents and law enforcement agencies in the enforcement of narcotics related violations.

---

Your Declarant, Detective Kyle Hinrichs, of the West Fargo Police Department being first duly sworn, deposes and states under penalty of perjury:

The following information is based on my own investigation, surveillance, public records, controlled purchases, interviews, and database checks. Since this Affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only the facts necessary to establish a foundation for the requested order. Conversations and discussions below are set forth in substance unless noted. My interpretations of certain statements are set forth in parentheses or brackets and are based upon my knowledge of this investigation. Dates and times are approximate.

Declarant's Initials _KH_
Date _11-8-2023_

# EXHIBIT C

On August 16, 2023, Your Declarant spoke with Confidential Informant (CI) 23-2262, who stated that a male named "Blue" was staying at 1544 East Gateway Circle, #105, Fargo, ND. CI 23-2262 stated that "Blue" was selling fentanyl laced M30 pills out "Reese's" apartment. CI 23-2262 stated that "Reese" was also selling fentanyl laced M30 pills. Your Declarant knows that "Reese" is Maurice Haymon from prior Law Enforcement investigations.

On August 16, 2023, Your Declarant met with management of 1544 East Gateway Circle South, Fargo, ND 58103. Management informed Your Declarant that Maurice Haymon was the only individual on the lease for 1544 East Gateway Circle South, #105, Fargo, ND 58103. Management informed Your Declarant that they have received numerous complaints of come and go, short term foot traffic, from Maurice Haymon's apartment and garage.

On September 25, 2023, Your Declarant spoke with a second Confidential Informant (CI) 23-2264. CI 23-2264 informed Your Declarant that a male they know as "Reese" was selling fentanyl laced M30 pills in the Fargo-Moorhead area. Your Declarant provided CI 23-2264 with a photograph of Maurice Haymon, in which CI 23-2264 confirmed the individual in the photograph was the individual they know as "Reese." CI 23-2264 stated that Maurice Haymon was in a relationship with a Native American female named "Kelly." Your Declarant suspected that "Kelly" was Kelly Dionne based on prior Law Enforcement investigations. Your Declarant provided CI 23-2264 with a photograph of Kelly Dionne, in which CI 23-2264 confirmed the individual in the photograph was the individual they know as "Kelly."

CI 23-2264 stated that Maurice Haymon and Kelly Dionne travel to Minneapolis/St. Paul, Minnesota and obtain large amounts of fentanyl laced M30 pills, and would return to Fargo, North Dakota to sell the fentanyl laced M30 pills. CI 23-2264 admitted that they have obtained fentanyl laced M30 pills from Maurice Haymon in the recent past. CI 23-2264 provided TFO Seehusen with Maurice Haymon's cellular phone number which is (561) 897-7542.

Declarant's Initials _KH_
Date _11-8-2023_

On September 25, 2023, Your Declarant advises that CI 23-2264 conducted a controlled purchase of fentanyl laced M30 fentanyl pills from 1544 East Gateway Circle South, #105, Fargo, ND 58103. The controlled purchase took place in Maurice Haymon's apartment; however, the controlled purchase was from an associate of Haymon. Your Declarant advises that prior to the controlled purchase, the CI was searched for contraband and US currency by TFO Seehusen, in which no contraband or US currency was located on the CI's person. Your Declarant advises that after the controlled purchase, the CI turned over the suspected fentanyl laced M30 pills from the controlled purchase to TFO Seehusen. Your Declarant advises that after the controlled purchase, the CI was searched for contraband and US currency by TFO Seehusen, in which no contraband or US currency was located. Your Declarant notes that a presumptive fentanyl test was not conducted on the fentanyl laced M30 pills for safety reasons.

Your Declarant utilized Law Enforcement resources and learned that Kelly Dionne resides at 2211 17th Street South, Fargo, ND 58103.

On September 13, 2023, Your Declarant met with management of 1544 East Gateway Circle South, Fargo, ND 58103. Management stated that there was still constant come and go foot traffic from apartment 105 of 1544 East Gateway Circle South, Fargo, ND 58103.

On September 25, 2023, Your Declarant contacted management of 2211 17th Street South, Fargo, ND 58103. Management confirmed that Kelly Dionne lives at 2211 17th Street South, #13, Fargo, ND 58103. Management informed Your Declarant that they have received numerous complaints of come and go foot traffic from Kelly Dionne's apartment.

On September 25, 2023, at 5:51 P.M., Your Declarant drove by 2211 17th Street South, Fargo, ND 58103 and observed Kelly Dionne standing in the parking lot of the complex. Your Declarant advises that a short time later, Kelly Dionne met with a heavy-set black male in front of the apartment complex. Your Declarant notes that Kelly Dionne and the male went into the apartment complex. At 5:56 P.M., Your Declarant observed the male exit the apartment complex and leave the area.

Declarant's Initials  KH
Date  11-8-2023

On October 13, 2023, Officer Adam Sufficool emailed Your Declarant and stated that Officer Sufficool arrested an individual for narcotic-related charges. Officer Sufficool stated that the individual provided information in regard to fentanyl laced M30 pill sources in Fargo, North Dakota. Your Declarant notes that this individual will be referenced as Cooperating Criminal Defendant (CCD) 1. Your Declarant notes that the credibility of CCD 1 is unknown at this time. CCD 1 informed Officer Sufficool that they are aware of three individuals that were selling large amounts of methamphetamine and fentanyl in Fargo, North Dakota. CCD 1 stated that a male they know as "Lue" and a male they know as "Reese" travel to Minneapolis/St. Paul, Minnesota and obtain large amounts of fentanyl laced M30 pills, and would return to Fargo, North Dakota to sell the fentanyl laced M30 pills. CCD 1 stated that Kelly Dionne was in possession of a large amount of fentanyl laced M30 pills and "pounds" of methamphetamine. CCD 1 stated that Kelly Dionne travels to Minneapolis/St. Paul, Minnesota with "Lue" and "Reese" to obtain a large amount of fentanyl laced M30 pills, and would return to Fargo, North Dakota to sell the fentanyl laced M30 pills.

Your Declarant notes that "Lue" has been identified as Lewis George due to an ongoing investigation into George. Your Declarant notes that "Reese" has already been identified as Maurice Haymon.

On October 24, 2023, Your Declarant learned that an individual was arrested by West Fargo Police Officers, and the individual wanted to provide information in regard to individuals selling methamphetamine, fentanyl powder, and fentanyl laced M30 pills in Fargo, North Dakota. Your Declarant notes that this individual will be referenced as Cooperating Criminal Defendant (CCD) 2. Your Declarant notes that CCD 2 is known to Your Declarant and has provided information to Your Declarant in the past. Your Declarant advises that CCD 2's information led to the seizure of a large amount of methamphetamine, a large amount of US currency, multiple firearms, and the arrest of two individuals.

Declarant's Initials  KH
Date  11-8-2023

On October 24, 2023, Your Declarant and TFO Dave Todd met with CCD 2 at the Cass County Jail. CCD 2 stated that Kelly Dionne was a close acquaintance of CCD 2, and that Dionne is actively selling large amounts of methamphetamine, fentanyl powder, and fentanyl laced M30 pills. CCD 2 stated that on October 23, 2023, Kelly Dionne arrived at a location in West Fargo, North Dakota that CCD 2 was at. CCD 2 stated that Kelly Dionne arrived at the location with three black males that CCD 2 knew as "Reese," "Blue," and "Chief." CCD 2 stated that all individuals proceeded to take out various narcotics that they had in their possession and weigh them on scales. CCD 2 stated that "Chief" was in possession of approximately one pound of methamphetamine and a large amount of powder fentanyl. CCD 2 stated that "Blue" was in possession of a large amount of fentanyl laced M30 pills. CCD 2 stated that Kelly Dionne was in possession of a half a pound of methamphetamine. CCD 2 stated that Kelly Dionne, "Reese," "Blue," and "Chief" travel to Minneapolis/St. Paul, Minnesota approximately twice a week to obtain large quantities of methamphetamine, powder fentanyl, and fentanyl laced M30 pills and return to Fargo, North Dakota to sell the narcotics. CCD 2 stated that Kelly Dionne drives various vehicles to avoid Law Enforcement detection due to Dionne having warrants for her arrest. CCD 2 stated that Kelly Dionne recently crashed while driving a white Ford F-150 and fled from the scene. CCD 2 stated that Kelly Dionne left two cellular phones in the vehicle and recently obtained a new cellular phone and phone number. Your Declarant utilized Law Enforcement resources and confirmed that Kelly Dionne was involved in an accident on October 15, 2023, but was never located. CCD 2 provided Kelly Dionne's new cellular phone number to Your Declarant which is (561) 897-7542. CCD 2 stated that "Reese" has recently been staying in Fargo, North Dakota with an African American female named "Brittany."

On October 25, 2023, Your Declarant reviewed Maurice Haymon's open social media accounts and learned that Haymon was friends with an African America female named "Brittany Sismaryclarence Shanese." Your Declarant recognized the female, utilized Law Enforcement resources, and identified the female as Brittany Shanese Holman. Your Declarant learned that Brittany Holman's address is 2701 32nd Avenue South, #101, Fargo, ND 58103.

On October 25, 2023, Your Declarant utilized Law Enforcement resources and learned that Maurice Haymon was contacted by the Fargo Police Department on October 15, 2023. Your Declarant learned that Maurice Haymon was driving a gray in color, 2018 Ford F-150 bearing the Texas license plates KTX7605, VIN: 1FTEW1CP7JKD66479, registered to Joann Rios of Rio Grand, Texas.

On October 27, 2023 at 9:16 A.M., Your Declarant drove through the parking lot of 2701 32nd Avenue South, Fargo, ND 58103. Your Declarant observed the Ford F-150 with Texas license plates KTX7605, parked in the parking lot. Your Declarant conducted surveillance; however, no one approached or entered the vehicle.

Declarant's Initials _KH_
Date _11-8-2023_

On October 27, 2023, at approximately 2:45 P.M., Your Declarant drove through the parking lot of 1544 East Gateway Circle South, Fargo, ND 58103. Your Declarant observed the Ford F-150 with Texas license plates KTX7605, parked by the east door in the parking lot. Your Declarant advises that approximately twenty minutes later, Maurice Haymon entered the driver's seat of the Ford F-150 and left the area.

On October 27, 2023, TFO Seehusen spoke with CI 23-2264. CI 23-2264 informed TFO Seehusen that Maurice Haymon had approximately 1,000 fentanyl laced M30 pills and powder fentanyl at 1544 East Gateway Circle South, #105, Fargo, ND 58103. CI 23-2264 informed TFO Seehusen that Maurice Haymon was driving "that pickup truck."

On October 30, 2023, Your Declarant wrote and applied for an authorized nighttime service and a service authorized without Law Enforcement announcing entry search warrant (no knock) placement of a GPS tracking device on a gray in color, 2018 Ford F-150 bearing the Texas license plates KTX7605, VIN: 1FTEW1CP7JKD66479, registered to Joann Rios of Rio Grand, Texas and used by Maurice Haymon of Fargo, North Dakota. On October 30, 2023, the search warrant application was reviewed and signed by Honorable Judge McCullough of the East Central Judicial District in Cass County.

Your Declarant advises that the placement of the GPS tracking device search warrant was executed on October 31, 2023, at 6:19 A.M. Your Declarant placed the GPS tracking device on the Ford F-150 in the parking lot of 2701 32nd Avenue South, Fargo, ND 58103.

On November 1, 2023, Your Declarant conducted surveillance on Maurice Haymon and the Ford F-150 Haymon was known to drive. During the afternoon hours, Your Declarant observed Maurice Haymon meet with multiple individuals for short periods of time. Based on Your Declarant's training and experience, Your Declarant suspects that Haymon was selling narcotics to the individuals observed.

On November 2, 2023, Your Declarant conducted surveillance on Maurice Haymon and the Ford F-150 Haymon was known to drive. During the afternoon hours, Your Declarant observed Maurice Haymon meet with multiple individuals for short periods of time. Your Declarant was able to identify one of the individuals Maurice Haymon met with as James Perkins. James Perkins is a known fentanyl laced M30 pill dealer in the Fargo-Moorhead area. Based on Your Declarant's training and experience, Your Declarant suspects that Haymon was selling narcotics to the individuals observed.

Your Declarant notes that TFO Cichos recently arrested an individual on narcotic related charges. The individual informed TFO Cichos that Maurice Haymon was the individual's source of fentanyl laced M30 pills and powder fentanyl. Through the investigation, TFO Cichos identified Maurice Haymon's cellular phone number as (561) 897-7542.

Declarant's Initials  KH
Date  11-8-2023

On November 6, 2023, TFO Witte was contacted by Confidential Informant (CI) 23-2258 in regard to a conversation that they had with Maurice Haymon and James Perkins. CI 23-2258 stated that they met with Maurice Haymon and James Perkins in Fargo, North Dakota. CI 23-2258 stated that Maurice Haymon informed CI 23-2258 that Haymon was out of narcotics. CI 23-2258 stated that Maurice Haymon and James Perkins planned on traveling to Rochester, Minnesota on November 7, 2023, to obtain a large amount of methamphetamine, cocaine, and fentanyl laced M30 pills and return to Fargo, North Dakota to sell the narcotics.

On November 7, 2023, TFO Seehusen contacted CI 23-2264 and reconfirmed that Maurice Haymon's cellular phone number is (561) 897-7542.

Based on Your Declarant's investigation, Your Declarant does not believe Maurice Haymon will be driving the Ford F-150 to obtain the narcotics and will be traveling in a different and unknown vehicle.

On November 7, 2023, TFO Hinrichs wrote and applied for an authorized nighttime service and a service authorized without Law Enforcement announcing entry search warrant for the installation of a Pen Register/Trap and Trace (PRTT) for authorization to view information for Maurice Haymon's cellular phone number (561) 897-7542. On November 7, 2023, the search warrant application was reviewed and signed by Honorable Judge Chase of the East Central Judicial District in Cass County.

Your Declarant notes that the PRTT was executed on November 7, 2023, at 1:13 P.M by Verizon Wireless.

On November 7, 2023, Your Declarant began monitoring Maurice Haymon's location and learned that Haymon left Fargo, North Dakota at 1:43 P.M. Your Declarant continued to monitor Maurice Haymon's location and learned that Haymon arrived in the Minneapolis/St. Paul area at 4:57 P.M. Your Declarant continued to monitor Maurice Haymon's location and learned that Haymon left Minneapolis/St. Paul, Minnesota at 11:06 P.M. Your Declarant attempted to locate Maurice Haymon as Haymon returned to Fargo, North Dakota; however, was unsuccessful.

During the investigation, Your Declarant learned that Maurice Haymon was recently stopped by the North Dakota Highway Patrol in a Dodge Durango with no license plates.

Declarant's Initials  KH
Date  11-8-2023

On November 8, 2023, at 3:45 A.M., Your Declarant continued to monitor Maurice Haymon's location and learned that Haymon was in the area of 2701 32nd Avenue South, Fargo, ND 58103. Your Declarant drove through the parking lot of 2701 32nd Avenue South, Fargo, ND 58103 and observed a dark colored Dodge Durango, with no license plates, parked in the parking lot. Your Declarant observed that the Dodge Durango had recently been driven as it did not have dew on the windows from sitting overnight in the cool weather.

In the afternoon hours of November 8, 2023, Your Declarant continued to monitor Maurice Haymon's location and learned that Haymon was in the area of 1544 East Gateway Circle South, Fargo, ND 58103. Your Declarant drove through the parking lot of 1544 East Gateway Circle South, Fargo, ND 58103 and observed the same Dodge Durango parked in the parking lot that Your Declarant observed earlier in the day at 2701 32nd Avenue South, Fargo, ND 58103. A short time later the Dodge Durango pulled out of the parking lot and Your Declarant confirmed that the driver and sole occupant was Maurice Haymon.

Your Declarant contacted Trooper Gabe Irvis in regard to the Dodge Durango that Maurice Haymon was recently stopped in by the North Dakota Highway patrol. Trooper Irvis provided Your Declarant with photographs of the traffic stop in which Maurice Haymon was in one of the photographs. Your Declarant notes that the Dodge Durango from the traffic stop is the same Dodge Durango Your Declarant observed Maurice Haymon driving. Trooper Irvis provided Your Declarant with the vehicle information of the Dodge Durango, which is a 2014 Dodge Durango, gray in color, with FM Auto Sales paper plates, VIN: 1C4RDJDG3EC475317, previously registered to Rebecca Stangel of Grand Forks, North Dakota.

Your Declarant advises that Maurice Haymon has been convicted of Delivery of a Controlled Substance (2nd Offense) in 2017, in the State of North Dakota. Your Declarant advises that Maurice Haymon is currently on North Dakota Parole/Probation for Delivery of Heroin.

Your Declarant believes that Maurice Haymon uses the above-described motor vehicle to travel to and from an unknown location/s in the area to obtain and distribute fentanyl laced M30 pills and powder fentanyl. Your Declarant would like to identify the location where Maurice Haymon is obtaining and storing the fentanyl laced M30 pills and powder fentanyl. The least intrusive method of accomplishing this objective would be by placing a GPS tracking device on the above-described motor vehicle used by Maurice Haymon.

Declarant's Initials  KH
Date  11-8-2023

Your Declarant further requests that officers executing this warrant be excused from the immediate receipt requirement of N.D.R. Crim. P. 41(d). Notifying the vehicle's owner or custodian that a warrant was executed to install a tracking device in the vehicle will alert the owner/custodian to law enforcement's ongoing investigation and prompt the person to locate and remove the tracking device or to move or destroy any contraband from related premises before a subsequent warrant can be obtained and executed.

Your Declarant believes that the information contained in both the application and warrant would serve to alert the owner/custodian to law enforcement's ongoing investigation and prompt the person to locate and remove the tracking device or to move or destroy any contraband from related premises before a subsequent warrant can be obtained and executed. Consequently, Your Declarant further requests both the application and warrant be sealed pending any further orders of the court pursuant to N.D.C.C. §.

Your Declarant is further requesting that the return required be made without unnecessary delay following the expiration of the 60-day period. Moreover, I am respectfully requesting that such return take the form of a printout (or contained on a CD) of the GPS device data or any other manner prescribed by this court, and that said return shall remain under the seal of this Court until further Order of this Court.

Your Declarant is further requesting exception from the normal knock and notice requirement of N.D.R. C.C. § 29-29-08. Knock and notice is required to alert occupants of premises to the presence and imminent entry of law enforcement. The purpose of the knock and notice has two reasons: privacy and safety; to avoid interrupting the private and personal functions of the occupants in their premises and to protect both the occupants and police from the use of deadly force in the event the occupants believed their premises were being invaded by robbers or other attackers as opposed to the authorized entry of police. Neither privacy nor safety is at issue here. Only a vehicle, which the U.S. Supreme Court has recognized as having a lesser expectation of privacy than a residence, will be involved.

For this investigation, the tracking device requires exterior installation and will collect the following information: time and date of the vehicle's location and travel route in real time (live track). Your Declarant also requests authorization to monitor the tracking device for the limited purpose of tracking the vehicle's location and for gathering evidence which constitutes evidence of offenses in violation of N.D.C.C. § 19-03, specifically manufacturing, possession, and delivery of controlled substances.

Declarant's Initials _KH_
Date _11-8-2023_

Your Declarant requests authorization for this warrant to be executed surreptitiously under cover of darkness while the car is parked. For purposes of concealment and officer safety, in order to execute this warrant at night it may require the warrant to be served during the hours of 10:00 p.m. and 6:00 a.m. Therefore, Your Declarant is requesting the warrant be authorized for nighttime service pursuant to N.D.R. Crim. P 41 (c) (1) (E).

Your Declarant requests that the court issue a search warrant commanding officers to search the above-described property, during the night if necessary, without announcement of presence in order to install monitor, replace, and/or service the described mobile tracking device(s) and to keep the location and/or Global Positioning System (GPS) information obtained in custody until the same be dealt with according to law.

Your Declarant swears that the aforementioned information is truthful and accurate, to the best of Your Declarant's knowledge.

FURTHER YOUR DECLARENT SAYETH NAUGHT

Dated this 8TH day of NOVEMBER, 2023.

_____
Declarant