Warrant No. 2023-02783    Page 1 of 2

**STATE OF NORTH DAKOTA**              **EAST CENTRAL JUDICIAL DISTRICT**

**COUNTY OF CASS**                     **IN DISTRICT COURT**

<u>SEARCH WARRANT</u>

(Form 10 (RULE 41, N.D.R.Crim.P.)

**TO ANY PEACE OFFICER OF THIS STATE:**

Declaration having been made by <u>Kyle Hinrichs</u> that there is reason to believe a motor vehicle, specifically a <u>2014 Dodge Durango , FM Auto Sales paper plates</u>, VIN:<u>1C4RDJDG3EC475317</u> located in the County of Cass, State of North Dakota, is being used for committing crimes in the County of Cass, State of North Dakota, and the placement of a mobile tracking device on the exterior of the vehicle will provide evidence of that crime. I am satisfied that there is probable cause to believe that such information will be obtained by the placement of a mobile tracking device on the exterior of the above described vehicle.

**SEARCH WARRANT**

YOU ARE HEREBY COMMANDED, to search, within ten [10] days after receiving this warrant, the exterior of the property above described for the purpose of placing a mobile tracking device making the search in the daytime, (6:00 a.m. to 10:00 p.m., local time) unless otherwise authorized below. The mobile tracking device is authorized for the use for a period of 60 days, starting with the day the device is placed on the vehicle. The filing of a receipt required by N.D.R.Crim.P.41(d) is excused. You are further authorized to return to the described vehicle as necessary for the purposes of repair, replacement, or removal of the GPS device.

IT IS ORDERED that this search warrant, the application, and all supporting documents be sealed for a period of ninety days from issuance under N.D.C.C. § 29-29.6-04(2)(a); that in accord with N.D.C.C. § 29-29.6-04(1), within ninety days after the warrant is unsealed, the declarant shall cause to be served on the persons named in the warrant and the application an inventory which shall include notice of the fact of the issuance of the warrant or the application, the date of the issuance and the period of authorized, approved, or disapproved collection of location information, or the denial of the application, and the fact that during the period location information was or was not collected; that this search warrant, the application, and all supporting documents be filed within ten days of expiration of the warrant under N.D.C.C. § 29-29.6-04(2)(b); and that following the commencement of any criminal proceeding utilizing evidence obtained in or as a result of the search authorized by this warrant, the application and all supporting documents must be filed within ten days of such commencement under N.D.C.C. § 29-29.6-04(4) (requiring filing "either immediately or at any other time as the court directs").

Given under my hand, with the seal of said court affixed, this 8th day of November, 2023.



**Warrant No. 2023-02783**     Page 2 of 2

*Susan Bailey*

---
District Court Judge

No Knock           [X] Yes   [ ] No
Nighttime Service  [X] Yes   [ ] No