IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>                      Plaintiff,<br><br>vs.<br><br>Jacy Evelyn Smith,<br><br><br>                      Defendant. | MOTION TO CONTINUE CHANGE OF PLEA AND SENTENCING<br><br>Case No.: 3:24-CR-00058 |

TO THE CLERK OF THIS COURT AND ALL PARTIES OR RECORD:

The undersigned attorney, Tanya Johnson Martinez, Martinez Law PLLC, hereby hereby moves the Court for a continuance of the change of plea and sentencing set of October 24, 2025, for a period of no less than 4 months. The United States of America has no objection because trial is still pending for another defendant.

Dated this October 06, 2025.

                                      Respectfully submitted,

                                      MARTINEZ LAW PLLC

                                      _____
                                      Tanya Johnson Martinez NDID #0589
                                      3332 4th Ave. S., Suite 2B
                                      Fargo, ND 58103
                                      Tele:  (701) 491-7646
                                      Email:  tanya@johnsonmartinezlaw.com
                                      Eservice: service@johnsonmartinezlaw.com
                                      ATTORNEY FOR DEFENDANT