IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:24-cr-58 |
| Plaintiff, | |
| v. | **UNITED STATES' RESPONSE TO DEFENDANT'S OBJECTION RE MOTION TO CONTINUE (DOC. 384)** |
| LAMAR WARREN, | |
| Defendant. | |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, provides this response regarding Defendant's objection to a codefendant's motion to continue trial wherein Defendant requests codefendant's continuance request be denied, or alternatively, requests that his case be severed from codefendants.

Defendant has filed a similar objection to a prior codefendant's motion to continue. (Doc. 281 and 357.) The cases were properly joined and should remain joined for the same reasons previously iterated by the United States. (See, Doc 283 and 350.) This Court previously found the case was properly joined and a severance improper. (Doc. 291 and 358.)

Based upon the foregoing, Defendant's request for severance should be denied. His case should remain joined with his codefendants for all who intend to proceed to trial to be tried at the same time.

[signature next page]

Dated: January 21, 2026

                NICHOLAS W. CHASE
                United States Attorney

By:   /s/ *Dawn M. Deitz*
       DAWN M. DEITZ
       Assistant United States Attorney
       ND Bar ID 06534
       655 First Avenue North, Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       dawn.deitz@usdoj.gov
       Attorney for United States