UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 3:24-cr-00058-10 |
| | ) | |
| vs. | ) | |
| | ) | DEFENDANT'S MOTION IN LIMINE |
| COLLIN POSEY, | ) | TO PROHIBIT SPECIFIED EVIDENCE |
| | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, Collin Posey, by and through their attorney, Mirranda Nelson, and submits the following Motion in Limine to Prohibit Specified Evidence. The defense moves this Court in limine for its order prohibiting the government from introducing into evidence or questioning any witness, including if Mr. Posey were to testify, concerning the following:

1. Mr. Posey's Prior Criminal History

A memorandum further describing the aforementioned conduct and setting forth legal authority in support of this motion accompanies this motion and is incorporated by this reference. WHEREFORE, Defendant requests that this Court to exclude and prohibit admission of the aforementioned evidence and testimony.

Dated this 18th day of February, 2026.

/s/ Mirranda L. Nelson
ND License No.: 09080
FOR: Nelson Law Firm, PLLC
P.O. Box 5355
Grand Forks, ND 58206
Telephone: (701) 317-4907
Email: mirranda.nelson@gmail.com
Service: Nelsonlawfirm4720@gmail.com
ATTORNEY FOR THE DEFENDANT