IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LAMAR WARREN, a/k/a L.A.,<br><br>Defendant. | Case No. 3:24-CR-0058<br><br>**UNITED STATES' NOTICE UNDER FED. R. EVID. 902(11)** |

The United States of America, by Nicholas W. Chase, United States Attorney for the District of North Dakota, and Dawn M. Deitz, Assistant United States Attorney, hereby gives notice of its intent, under Rules 803(6) and 902(11) of the Federal Rules of Evidence, to use certified and self-authenticated copies of the following records:

1. CashApp records (E16 Excel Spreadsheets at Bates 006462); and Certification (Bates 006463).[1]

Dated:  February 20, 2026

                                          NICHOLAS W. CHASE
                                        United States Attorney

                        By:    /s/ *Dawn M. Deitz*
                               DAWN M. DEITZ
                               Assistant United States Attorney
                               ND Bar ID 06534
                               655 First Avenue North, Suite 250
                               Fargo, ND  58102-4932
                               (701) 297-7400
                               dawn.deitz@usdoj.gov
                               Attorney for United States

---

[1] Items provided in discovery on or about July 23, 2025.