**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cr-58 |
| | ) | |
| vs. | ) | **ORDER DENYING** |
| | ) | **MOTION FOR RELEASE** |
| Lamar Warren, | ) | |
| | ) | |
| Defendant. | ) | |

Lamar Warren is currently detained pending a July 28, 2026 trial. He moves for release to reside at and participate in programming at North Dakota Adult & Teen Challenge (NDA&TC), asserting his acceptance into that program should be considered a change in circumstances warranting reopening the order for detention. (Doc. 444). The United States opposes the motion, arguing the court considered and denied release to a different substance abuse treatment program in an October 22, 2024 order, (Doc. 205), and that Warren has not presented evidence sufficient to reopen the earlier detention order, (Doc. 449).

Both the initial detention order and the October 22 order referenced Warren's extensive criminal history, his history of violating court-ordered release conditions and failures to appear, and his reported non-compliance with state supervision. The court has again reviewed the May 6, 2024 Pretrial Services Report, and notes in particular a report of Warren's violations of probation terms ordered by a state court in April 2024, shortly before his arrest in this federal case.

While Warren's acceptance into NDA&TC can be considered to rebut the applicable 18 U.S.C. § 3142 presumption, when that presumption is considered along with the Pretrial Services Report and all other available evidence, the court finds

continued detention is nevertheless warranted. Warren's motion, (Doc. 444), is therefore **DENIED**.

    **IT IS SO ORDERED**.

    Dated this 27th day of March, 2026.

                      */s/ Alice R. Senechal*
                      Alice R. Senechal
                      United States Magistrate Judge