## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No: 3:24-cr-58** |
| | **)** | |
| vs. | ) | **DEFENDANT'S MOTION TO** |
| | ) | **DISMISS AND  EVIDENTIARY** |
| Lamar Warren, | ) | **HEARING/ORAL ARGUMENT** |
| | ) | **REQUEST** |
| Defendant. | ) | |
| | ) | |

[¶ 1]   **COMES NOW**, pursuant to Rules 12 and 47 of the Federal Rules of Criminal Procedure, and Crim. D.N.D.L.R.47.1(A), the Defendant Lamar Warren (Mr. Warren), by his attorney Adam Justinger of SW&L Attorneys, moves this Honorable Court for its Order to Dismiss his case based upon the following:

1. **Mr. Warren was denied his right to a speedy trial under the Sixth Amendment of the United States Constitution, which warrants dismissal of the Indictment.**

This Motion is supported by a Memorandum filed herewith.

[¶ 2]   **FURTHERMORE**, pursuant to Crim. D.N.D.L.R.47.1(A)(5), <u>United States v. Pacheco-Poo</u>, 952 F.3d 950, 954 (8th Cir. 2020), and other applicable case law, Mr. Warren moves this Court for an Evidentiary Hearing on his Motion to Suppress Evidence. Mr. Warren also requests oral argument on the matter to address any questions the Court may have.

<u>**CONCLUSION**</u>

[¶ 3]   For these reasons, Mr. Warren respectfully requests an evidentiary hearing and oral argument and that the Court **GRANT** his Motion to Dismiss for the reasons stated above.

Dated this 5th day of May, 2026.

Digitally signed by
Adam Justinger
Date: 2026.05.05
14:53:43 -05'00'

Adam Justinger (ND ID #08635)
SW&L Attorneys
4627 44th Avenue South, Suite 108
Fargo, North Dakota 58104
Telephone: (701) 297-2890
Fax: (701) 297-2896
adam.justinger@swlattorneys.com
ATTORNEYS FOR DEFENDANT