Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,LOCATION-CUSTODY,TRANSFERRED

# U.S. District Court
## Eastern District of Washington (Spokane)
## CRIMINAL DOCKET FOR CASE #: 2:26-mj-00291-JAG All Defendants

| | |
|---|---|
| Case title: USA v. Thomas | Date Filed: 05/01/2026 |
| Other court case number: 3:24-CR-00058-PDW District of North Dakota | Date Terminated: 05/11/2026 |

Assigned to: Magistrate Judge James A. Goeke

### Defendant (1)

**Aryck Mack Thomas**
*TERMINATED: 05/11/2026*
*also known as*
Torian D Hence
*TERMINATED: 05/11/2026*

represented by **Carter Liam Powers Beggs**
Federal Defenders of Eastern Washington & Idaho
601 West Riverside Avenue
Suite 900
Spokane, WA 99201
509-624-7606
Fax: 509-747-3539
Email: Carter_PowersBeggs@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Federal Public Defender - SPO**
Spokane Office
601 West Riverside Avenue
Suite 900
Spokane, WA 99201
509-624-7606
Fax: 509-747-3539
Email: andrea_george@fd.org
*TERMINATED: 05/06/2026*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts                    ### Disposition

None

## Highest Offense Level (Opening)

None

## Terminated Counts                                        Disposition

None

## Highest Offense Level (Terminated)

None

## Complaints                                               Disposition

IN RE: MATERIAL WITNESS

---

## Plaintiff

**USA**                          represented by   **Ann Wick**
                                                  U S Attorney's Office - SPO
                                                  920 W Riverside Avenue
                                                  Suite 340
                                                  PO Box 1494
                                                  Spokane, WA 99210
                                                  509-353-2767
                                                  Fax: 509-835-6397
                                                  Email: ann.wick@usdoj.gov
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*
                                                  *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/01/2026 | 1 | RULE 5 DOCUMENTS RECEIVED from District of North Dakota as to Aryck Mack Thomas (1) (Attachments: # 1 Warrant for Arrest of Material Witness).(PH, Case Administrator) (Entered: 05/01/2026) |
| 05/01/2026 | 2 | Ex Parte Document by USA as to Aryck Mack Thomas (1). Applicable Party USA. (PH, Case Administrator) (Entered: 05/01/2026) |
| 05/01/2026 | 3 | NOTICE OF HEARING - By Court (USM Action Required) as to Aryck Mack Thomas (1). Text entry; no PDF attached. Rule 5 Initial Appearance - Material Witness Warrant set for **5/4/2026** at **12:00 PM** in Spokane Courtroom 740 before Magistrate Judge James A. Goeke presiding by video. (PH, Case Administrator) (Entered: 05/01/2026) |
| 05/04/2026 | 5 | MOTION for Detention by USA as to Aryck Mack Thomas (1). (Wick, Ann) (Entered: 05/04/2026) |
| 05/04/2026 | 6 | Minute Entry for VIDEO CONFERENCE proceedings held before Magistrate Judge James A. Goeke: Initial Appearance in Rule 5 Proceedings as to Aryck Mack Thomas (1) held on 5/4/2026. (Reported/Recorded by: Digital Recording/S-740. Contact Court_Reporters@waed.uscourts.gov to order.) (LLH, Courtroom Deputy) (Entered: |

| | | |
|---|---|---|
| | | 05/04/2026) |
| 05/04/2026 | 7 | ORDER APPOINTING FEDERAL DEFENDER as to Aryck Mack Thomas (1). On the basis of the sworn financial statement, the Court finds Defendant is financially unable to retain counsel. IT IS ORDERED the Federal Defenders of Eastern Washington are appointed to represent Defendant pursuant to Title 18 United States Code Sec. 3006A. Text entry; no PDF document will issue. This text-only entry constitutes the Court Order on the matter. Signed by Magistrate Judge James A. Goeke. (LAS, DQA) (Entered: 05/04/2026) |
| 05/04/2026 | 8 | ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS by Aryck Mack Thomas (1). (BM, Case Administrator) (CLP, Operations Supervisor). (Entered: 05/04/2026) |
| 05/06/2026 | 9 | NOTICE OF ATTORNEY APPEARANCE: Carter Liam Powers Beggs appearing for Aryck Mack Thomas (1) (Attorney Carter Liam Powers Beggs added to party Aryck Mack Thomas(pty:dft))(Powers Beggs, Carter) (Entered: 05/06/2026) |
| 05/07/2026 | 11 | NOTICE OF HEARING - By Court (USM Action Required) as to Aryck Mack Thomas (1). Text entry; no PDF attached. Rule 5 Detention Hearing set for **5/7/2026** at **2:30 PM** in Spokane Courtroom 740 before Magistrate Judge James A. Goeke. (MO, Courtroom Deputy) (Entered: 05/07/2026) |
| 05/07/2026 | 12 | ORDER FOLLOWING INITIAL APPEARANCE ON MATERIAL WITNESS WARRANT as to Aryck Mack Thomas (1). Detention Hearing set for **5/7/2026** at **02:30 PM** in Spokane Courtroom 740. Signed by Magistrate Judge James A. Goeke. (CLP, Operations Supervisor) (Entered: 05/07/2026) |
| 05/07/2026 | 13 | Minute Entry for proceedings held before Magistrate Judge James A. Goeke: Detention Hearing as to Aryck Mack Thomas (1) held on 5/7/2026. (Reported/Recorded by: Digital Recording/S-740. Contact Court_Reporters@waed.uscourts.gov to order.) (MO, Courtroom Deputy) (Entered: 05/07/2026) |
| 05/11/2026 | 14 | ORDER FOLLOWING MATERIAL WITNESS DETENTION HEARING AND ORDER OF REMOVAL PURSUANT TO FED R. CRIM. P. 5; Granting 5 Motion for Detention (USM Action Required) as to Aryck Mack Thomas (1). Signed by Magistrate Judge James A. Goeke. (BM, Case Administrator) (Entered: 05/11/2026) |
| 05/11/2026 | | Notice FROM Eastern District of Washington TO District of North Dakota of a Rule 5 or Rule 32 Initial Appearance as to Aryck Mack Thomas (1). Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. (If you require certified copies of any documents, please send a request to InterDistrictTransfer_WAED@waed.uscourts.gov. *If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov./) (BM, Case Administrator) (Entered: 05/11/2026* |