AO 443 (Rev. 11/11)  Warrant for the Arrest of a Witness or Material Witness in a Pending Criminal Case

REC'D USMS-FARGO, ND
'26 FEB 17 PM4:21

# UNITED STATES DISTRICT COURT

### for the

### District of North Dakota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| MAURICE HAYMON ET AL. | )  Case No.  3:24-CR-00058 |
| | ) |
| _Defendant_ | ) |

## WARRANT FOR THE ARREST OF A WITNESS
## OR MATERIAL WITNESS IN A PENDING CRIMINAL CASE

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before this court _(name of person to be arrested)_ _____

Ayric Mack Thomas (YOB 1990) _____, a person

☐  who has been served with a subpoena to appear in this case and has failed to do so.

☑  who is a material witness for which proceedings are necessary pursuant to 18 U.S.C. § 3144.

**YOU ARE FURTHER COMMANDED** to detain this witness until this court orders discharge from custody.

Date:  February 17, 2026                     _____
                                                              _Issuing officer's signature_

City and state:    Fargo, ND _____            Alice R. Senechal, US Magistrate Judge
                                                                          _Printed name and title_

---

### Return

This warrant was received on _(date)_  2/17/26  , and the person was arrested on _(date)_  5/1/2026

at _(city and state)_  Spokan, WA                .

Date:  5/11/2026                         _____
                                                         _Arresting officer's signature_

                                               DUSM  Steven Derringer
                                                         _Printed name and title_